## ORDER

PER CURIAM:

AND NOW, this 8th day of July, 1999, The Report and Recommendations of The Disciplinary Board of the Supreme Court of Pennsylvania dated June 9, 1999, are approved and IT IS ORDERED that JANE PATTERSON–AULD, who has been on inactive status, has never been suspended or disbarred, and has demonstrated that she has the moral qualifications, competency and learning in law required for admission to practice in the Commonwealth, shall be and is, hereby reinstated to active status as a member of the Bar of this Commonwealth. The expenses incurred by the Board in the investigation and processing of the Petition for Reinstatement shall be paid by the Petitioner.

### In the Matter of James Felix GERONIMO.

Supreme Court of Pennsylvania.

July 8, 1999.

## ORDER

PER CURIAM:

AND NOW, this 8th day of July, 1999, upon consideration of the Report and Recommendations of the Disciplinary Board of the Supreme Court of Pennsylvania dated May 17, 1999, the Petition for Reinstatement is granted.

Pursuant to Rule 218(e), Pa.R.D.E., petitioner is directed to pay the expenses incurred by the Board in the investigation and processing of the Petition for Reinstatement.

### In the Matter of William John TANCREDI.

Supreme Court of Pennsylvania.

July 8, 1999.

## ORDER

PER CURIAM:

AND NOW, this 8th day of July, 1999, upon consideration of the Report and Recommendations of the Disciplinary Board of the Supreme Court of Pennsylvania dated May 17, 1999, the Petition for Reinstatement is granted.

Pursuant to Rule 218(e), Pa.R.D.E., petitioner is directed to pay the expenses incurred by the Board in the investigation and processing of the Petition for Reinstatement.

### OFFICE OF DISCIPLINARY COUNSEL, Petitioner,

v.

### Richard James CONFAIR, Respondent.

### No. 441 Disciplinary Docket No. 3.

Supreme Court of Pennsylvania.

July 8, 1999.

## ORDER

PER CURIAM:

AND NOW, this 8th day of July, 1999, there having been filed with this Court by